# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Joseph Goodwin, Chester Grauberger, Donald Hill, Jacquard Larkin<br><br>Plaintiff(s),<br><br>v.<br><br>State of Minnesota, Minnesota Department of Human Services, Minnesota Sex Offender Program, Minnesota Attorney General's Office, Minnesota Department of Corrections, Minnesota County's Health and Human Services, Tim Walz, Jodi Harpstead, Nancy Johnston, Marshall Smith, Keith Ellison, Dr. Elizabeth Peterson, Dr. Crystal Leal, Peter Puffer, Kevin Moser, Paul Schnell, unknown number of John Does and Jane Does<br><br>Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number:<br><br>21-cv-568 DWF/DJF |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Magistrate Judge Dulce J. Foster's September 26, 2023, Report and Recommendation (Doc. No. [153]) is ADOPTED.

2. This action is DISMISSED WITHOUT PREJUDICE for failure to timely effect service.

Date: 10/31/2023                                                     KATE M. FOGARTY, CLERK